**Order entered March 18, 2013**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01345-CR

---

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

---

## ORDER

The Court **REINSTATES** the appeal.

On March 5, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel requested preparation of the record on September 27, 2012; (4) Sandra Hughes is the court reporter who recorded the proceedings; (5) Ms. Hughes filed the reporter's record on December 28, 2012 and received a TAMES portal receipt confirming the filing; (6) this Court could not locate the record; and (7) Ms. Hughes should be given seven days from March 13, 2013 to file a second copy of the reporter's record.

We **ORDER** court reporter Sandra Hughes to file the duplicate copy of the reporter's record within **TEN DAYS** of the date of this order.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Hughes, official court reporter, 195th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE